STATE DISTRICT COURT.

Ramirez
V
Armstrong et AL...
John Doe #1 et AL...
Fred Schilling et AL...
CT, D.O.C et AL...
UCONN health center et AL...
Tim Silvas et AL...
Brian Murphy et AL...
Elaine Lucas et AL...
Ron Angelone et AL...
VA, D.O.C et AL...

FILED
Case No. 3:03 CV 250 (WWE)(HBF)
2003 OCT 14 P 3:56

## Motion for Discovery in good faith.

To whom may concern, I'm a Inmate at O.C.I, D.O.C of CT. I'm requesting the following information. I need the name of the Dir. Medical Services at Wallens Ridge State Prison VA, for the year 2000.

J.R.    Thank you very much for your cooperation.

Name: Justino Ramirez
address: P.O. Box 100, Somers, CT, 06071
Date: 10-9-03
ID: # 191568

Sig, Justino Ramirez
Plaintiff

## Certification

This is to Certify that a copy of the foregoing was mailed Postage Prepaid in Accordance to Rule 5(b) Federal Civ. P.

TO: VA. Attorney General
P.O. Box 26963 Richmond, VA. 23261-6963

TO: United State District Court.
915 Lafayette Boulevard.
Bridgeport, CT. 06604

TO: Dir. Medical Services at Wallens Rigde State Prison, VA.
P.O. Box 759 Big Stone Gap, VA. 24219

By: Justino Ramirez #191568
Osborn C.I
P.O. Box 100
Somers, CT, 06071

Sig. _Justino Ramirez_
Plaintiff
Date: Oct, 9-03