UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JUSTINO RAMIREZ | : | PRISONER<br>CIVIL NO. 3:03CV250 (WWE)(HBF) |
| V. | : |  |
| COMMR. ARMSTRONG, ET AL. | : | MARCH 12, 2004 |

### **APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**
Please enter our appearance as counsel for the defendants, only, in the above-captioned case:  Commissioner John Armstrong, John Doe 1, Dr. Silvas, Utilization Review Committee, Brian Murphy and Elaine Lukas.

Dated at Hartford, Connecticut, this 12td day of March 2004.

DEFENDANTS
Commr. Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
E-Mail:  michael.lanoue@po.state.ct.us
Federal Bar #ct05195

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 12th day of March 2004:

Justino Ramirezz #191568
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071

_____/s/_____
Michael J. Lanoue
Assistant Attorney General

2