UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JUSTINO RAMIREZ | : | PRISONER<br>CIVIL NO. 3:03CV250 (WWE)(HBF) |
| v: |  |  |
| COMMISSIONER ARMSTRONG, ET AL. | : | FEBRUARY 22, 2005 |

## MOTION FOR ENLARGEMENT TO RESPOND TO
## PLAINTIFF'S AMENDED COMPLAINT

Defendant, Dr. Silvis, respectfully requests an enlargement of time to March 15, 2005, to respond to plaintiff's amended complaint for the following reasons:

1. Defense counsel and the defendant need further time to meet and discuss the allegations of the complaint;

2. Defense counsel has had other litigation responsibilities which have prevented him from responding earlier.

This is defendant Silvis's first request for an enlargement of time.

Plaintiff is acting pro se and is incarcerated in the custody of the Commissioner of Correction, therefore, his position as to this request has not been ascertained.

          DEFENDANTS
          Commissioner Armstrong, et al.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL


BY:_____/s/_____
    Michael J. Lanoue
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Federal Bar #ct05195
    E-Mail:  michael.lanoue@po.state.ct.us
    Tel: (860) 808-5450
    Fax: (860) 808-5591


## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of February 2005:

    Justino Ramirez #191568
    Osborn Correctional Institution
    P.O. Box 100
    Somers, CT 06071


          _____/s/_____
          Michael J. Lanoue
          Assistant Attorney General