# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTINO RAMIREZ | : | PRISONER |
| | : | NO. 3:03CV250(WWE)(HBF) |
| VS. | : | |
| | : | |
| COMMISSIONER ARMSTRONG, ET AL. | : | MARCH 18, 2005 |

## MOTION FOR ENLARGEMENT TO RESPOND
## TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, Dr. Timothy Silvis, respectfully requests for an enlargement of time non pro tunc, to respond to plaintiff's amended complaint for the following reasons:

1. Illness prevented filing previously.

This is defendant Silvis' second request for an enlargement of time.

Plaintiff is acting pro se and is incarcerated in the custody of the Commissioner of Correction, therefore, his position as to this request has not been ascertained.

DEFENDANT,
Dr. Timothy Silvis

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/_____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Juris No. 085064
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: michael.lanoue@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 18th day of March, 2005:

Justino Ramirez, Inmate No. 191568
Osborn Correctional Institution
335 Bilton Road, PO Box 100
Somers, CT  06071

/s/_____
Michael J. Lanoue
Assistant Attorney General