UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JUSTINO RAMIREZ

    V.                                            PRISONER
                                          CASE NO. 3:03V250(WWE) (HBF)

JOHN J. ARMSTRONG, ET AL.

## RULING ON PENDING MOTIONS

Defendant Dr. Silvis seeks two extensions of time to respond to plaintiff's amended complaint. The Motions [**docs. ## 20, 21**] are **GRANTED** nunc pro tunc. The Clerk shall docket the defendant's answer to the amended complaint.

SO ORDERED at Bridgeport, Connecticut, this 13th day of April, 2005.

                                                      /s/
                                        Holly B. Fitzsimmons
                                        United States Magistrate Judge