**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JUSTINO RAMIREZ | : | PRISONER |
| | : | NO. 3:03CV250(WWE)(HBF) |
| VS. | : | |
| | : | |
| COMMISSIONER ARMSTRONG, ET AL. | : | MARCH 18, 2005 |

### DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

The defendant, Dr. Timothy Silvis, answers plaintiff's complaint as follows:

**I.   JURISDICTION**

1.   Denied.

**II.   PARTIES**

1.   To the extent paragraph 1 alleges John Armstrong was the Commissioner of Correction, such allegation is admitted and otherwise it is denied.

2.   The defendant has insufficient knowledge of the allegations of paragraphs 2 through 4 and, therefore, leave the plaintiff to his burden of proof.

3.   Paragraph 5 is denied.

4.   So much of paragraph 5 which alleges Dr. Silvis is the principal physician at MacDougall-Walker Correctional Institution, such allegation is admitted. Otherwise said paragraph is denied.

     5.     To the extent paragraph 7 alleges Brian Murphy was the Warden at MacDougall-Walker Correctional Institution, such paragraph is admitted. Otherwise, said paragraph is denied.

     6.     Paragraph 8 is admitted insofar as it refers to the time of the plaintiff's current and otherwise denied.

### III. FACTS OF COMPLAINT

     1.     So much of paragraphs 1 through 7 which allege the plaintiff complained to medical staff at Wallens Ridge State Prison in Virginia of constipation and stomach pain is admitted. So much of said paragraphs which allege the plaintiff was placed on a liquid diet for a short time is admitted. The defendant has insufficient knowledge of the remaining allegations of said paragraphs, and, therefore, leave the plaintiff to his burden of proof.

     2.     Paragraphs 8 and 9 are admitted.

     3.     The defendant has insufficient knowledge at the allegations of paragraphs 10 through 12 to form a belief, and therefore, leave the plaintiff to his burden of proof.

     4.     So much of paragraph 13 which alleges the plaintiff was admitted to the infirmary and was discharged on January 11, 2001 is admitted. The defendants has insufficient knowledge of the remaining allegations and, therefore, leave the plaintiff to his burden of proof.

     5.     The defendant has insufficient knowledge of the allegations of paragraphs 14 and 15 and, therefore, leave the plaintiff to his burden of proof.

     6.     Paragraph 16, 17, 18, 19, 20, 21, 22 and 23 are admitted.

7. The defendant has insufficient knowledge of the allegations of paragraphs 24 and 25 and, therefore, leave the plaintiff to his burden of proof.

8. Paragraph 26 is denied.

9. Paragraph 27 is admitted insofar as it relates to times mentioned in the complaint and otherwise denied.

10. Paragraph 28 is admitted.

11. Paragraph 29 is admitted insofar as it refers to a note by Dr. Silvis and otherwise said paragraph is denied.

12. Paragraphs 30 through 32 are admitted.

13. The defendant has insufficient knowledge of the allegations in paragraphs 35, 36, and 37 and, therefore, leave the plaintiff to his burden of proof.

14. So much of paragraph 38 which alleges "serious medical condition" is denied, the remainder of said paragraph is admitted.

15. Paragraphs 39 through 44 are denied.

### FIRST AFFIRMATIVE DEFENSE

The plaintiff's complaint is barred by principles of res judicata and collateral estoppel.

### SECOND AFFIRMATIVE DEFENSE

At all times mentioned in this lawsuit, the defendant acted within the scope of his duty as an officer/employee of the State of Connecticut and acted with a good faith and belief that his actions were lawful, and therefore, he is entitled to qualified immunity from monetary damages.

          DEFENDANT,
          Dr. Timothy Silvis

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL


BY:___/s/_____
     Michael J. Lanoue
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT  06105
     Juris No. 085064
     Telephone No.: (860) 808-5450
     Fax No.: (860) 808-5591
     E-Mail:  michael.lanoue@po.state.ct.us


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 18th day of March, 2005:

Justino Ramirez, Inmate No. 191568
Osborn Correctional Institution
335 Bilton Road, PO Box 100
Somers, CT  06071


___/s/_____
Michael J. Lanoue
Assistant Attorney General