UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JUSTINO RAMIREZ | : | PRISONER<br>CIVIL NO. 3:03CV250 (WWE)(HBF) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | MAY 26, 2005 |

## MOTION FOR ENLARGEMENT

The defendant in the above entitled matter respectfully requests an enlargement of time of 23 days, to June 27, 2005, to file a dispositive motion, for the following reason:

1.	Counsel for the defendant has been unable to schedule a meeting with the defendant, who is a physician, due to the work schedule of both the defendant and his counsel.

This is the defendant's first request for an enlargement of time to file a dispositive motion.

The plaintiff is proceeding pro se and, therefore, his position as to this request has not been ascertained.

**WHEREFORE**, the defendant respectfully requests an enlargement of time to June 27, 2005, to file a dispositive motion.

DEFENDANT
Timothy Silvis

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
    Michael J. Lanoue
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Federal Bar #ct05195
    E-Mail:  michael.lanoue@po.state.ct.us
    Tel: (860) 808-5450
    Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 27th day of May 2005:

Justino Ramirez #191568
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071


_____/s/_____
Michael J. Lanoue
Assistant Attorney General