UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JUSTINO RAMIREZ | : | PRISONER<br>CIVIL NO. 3:03CV250 (WWE)(HBF) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | JUNE 24, 2005 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, Fed.R.Civ.P., the defendants move for summary judgment for the reasons more fully set forth in the accompanying Memorandum of Law, filed herewith.

DEFENDANT
Timothy Silvas

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05195
E-Mail:  michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 24th day of June 2005:

Justino Ramirez #191568
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071

_____
Michael J. Lanoue
Assistant Attorney General