**FILED**

UNITED STATES DISTRICT COURT

2005 SEP -2  A 11: 41

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| JUSTINO RAMIREZ | : | PRISONER<br>CIVIL NO. 3:03CV250 (WWE)(HBF) |
| v. | : | |
| COMMR. ARMSTRONG, ET AL. | : | AUGUST 17, 2005 |

## WITHDRAWAL

The parties stipulate and agree that the above-entitled matter may be withdrawn without prejudice or costs to any party.

PLAINTIFF
Justino Ramirez

*/s/ Justino Ramirez*
Justino Ramirez #191568
Osborn Correctional Institution
335 Bilton Road
P.O. Box 100
Somers, CT 06071

DEFENDANTS
Commr. Armstrong, et al.

ATTORNEY GENERAL
RICHARD BLUMENTHAL

BY: */s/ Michael J. Lanoue*
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Federal Bar #ct05195

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of August 2005:

    Justino Ramirez #191568
    Osborn Correctional Institution
    P.O. Box 100
    Somers, CT 06071

                                               Michael J. Lanoue
                                               Assistant Attorney General